# ELECTRONIC RECORD

O79-15
O80-15
O81-15
O82-15

COA # 02-13-00247-CR    OFFENSE: 29.03

STYLE: Charles Camp v. The State of Texas    COUNTY: Tarrant

COA DISPOSITION: AFFIRMED    TRIAL COURT: 297th District Court

DATE: 12/11/14    Publish: NO    TC CASE #: 1324667R

# IN THE COURT OF CRIMINAL APPEALS

O79-15
O80-15
O81-15
O82-15

STYLE: Charles Camp v. The State of Texas    CCA #: _____

____PRO SE____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

REFUSED    JUDGE: _____

DATE: 04/22/2015    SIGNED: _____    PC: _____

JUDGE: _____    PUBLISH: _____    DNP: _____

- - - - - - - - - - - - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD